GUERRA, PETITIONER AND APPELLANT, *v.* WORKMEN'S RELIEF COMMISSION, RESPONDENT AND APPELLEE.

APPEAL from the District Court of San Juan, Section 1, in Certiorari Proceedings.

No. 2233.—Decided May 27, 1921.

Decided on the grounds of the opinion delivered in the case of *Guerra* v. *Workmen's Relief Commission, ante,* page 473.

*Reversed and remanded.*

Chief Justice Hernández and Justices Wolf, Del Toro, Aldrey and Hutchison concurred.